158 A.3d 83

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jason Daniel ARTZ, Petitioner**

**No. 470 MAL 2016**

Supreme Court of Pennsylvania.

September 28, 2016

## ORDER

PER CURIAM

AND NOW, this 28th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.